UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
YE HONG, YIKAI QIN, ZIU
QING ZHENG, WEI YAN YAO,
QIU HUA FAN, and RUO BING LIU,

                Plaintiffs,

    v.

7 EXPRESS RESTAURANT CORP., et. al.,

                Defendants.
-------------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 29, 2019 ★
BROOKLYN OFFICE

JUDGMENT
17-cv-2174 (KAM)(JO)

    An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on March 29, 2019, adopting the Report and Recommendation of Magistrate Judge James Orenstein, dated March 14, 2019, granting plaintiffs' motion for entry of default judgment with respect to all defendants; and directing the Clerk of Court to enter judgment against all defendants jointly and severally, in the total amount of $139,752.18 of which $16,209.33 is attributable to attorneys' fees, and $400 is attributable to costs; it is

    ORDERED and ADJUDGED that plaintiff's motion for entry of default judgment is granted with respect to all defendants; and that judgment is hereby entered in favor of plaintiffs and against all defendants, jointly and severally, in the total amount of $139,752.18.

Dated: Brooklyn, NY
          March 29, 2019

                                Douglas C. Palmer
                                Clerk of Court

                        By:    /s/*Jalitza Poveda*
                              Deputy Clerk